O

# United States District Court
# Central District of California

| | |
|---|---|
| AMY FRIEDMAN and JUDI MILLER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>GUTHY-RENKER LLC,<br>　　　　　　Defendant. | Case No. 2:14-cv-06009-ODW(AGRx)<br><br>**CLASS CERTIFICATION SCHEDULE** |

In the Joint Rule 26(f) Report, the parties propose different timelines regarding expert disclosures and responsive briefing for the forthcoming class certification motion. (ECF No. 51.) "District courts have broad discretion to control the class certification process, and '[w]hether or not discovery will be permitted . . . lies within the sound discretion of the trial court.'" *Vinole v. Countrywide Home Loans, Inc.*, 571 F.3d 935, 942 (9th Cir. 2009) (quoting *Kamm v. Cal. City Dev. Co.*, 509 F.2d 205, 209 (9th Cir. 1975)). In light of the scientific and technical nature of this matter, the Court is not adverse to a more robust briefing and discovery schedule. The scheduling framework proposed by Defendant appears the most reasonable.

Accordingly, the Court hereby sets the following deadlines for the class certification stage of this litigation:

| | | |
|---|---|---|
| June 17, 2015: | Deadline to file motion for class certification |
| June 17, 2015: | Plaintiffs' class certification expert disclosures |
| July 8, 2015: | Deadline for deposition of Plaintiffs' expert |
| July 17, 2015: | Deadline for disclosure of Defendant's experts |
| August 8, 2015: | Deadline for deposition of Defendant's experts |
| August 10, 2015: | Deadline to file opposition to class certification |
| August 10, 2015: | Deadline for Defendant to file *Daubert* challenges |
| August 17, 2015: | Deadline to file reply |
| August 17, 2015: | Deadline for Plaintiffs to file *Daubert* challenges |
| August 31, 2015: | Hearing at 1:30 p.m. |

**IT IS SO ORDERED.**

April 6, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**