Neville L. Johnson (SBN 66329)
njohnson@jjllplaw.com
Douglas L. Johnson (SBN 209216)
djohnson@jjllplaw.com
Jordanna G. Thigpen (SBN 232642)
jthigpen@jjllplaw.com
JOHNSON & JOHNSON, LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095

William Anderson, (*Pro Hac Vice*)
wanderson@cuneolaw.com
Charles J. LaDuca, (*Pro Hac Vice*)
charles@cuneolaw.com
Michael J. Flannery (SBN 196266)
mflannery@cuneolaw.com
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813

Brian W. Warwick, (*Pro Hac Vice*)
bwarwick@varnellandwarwick.com
Janet R. Varnell, (*Pro Hac Vice*)
jvarnell@varnellandwarwick.com
P.O. Box 1870
Lady Lake, FL 32158
Telephone: (352) 753-8600
Facsimile: (352) 504-3301

Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| AMY FRIEDMAN and JUDI MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GUTHY-RENKER LLC and WEN BY CHAZ DEAN, INC.,<br><br>Defendants. | Case No. 2:14-cv-06009<br><br>**JOINT REPORT REGARDING AGREEMENT TO MEDIATE** |

Following the hearing on October 21, 2015, the parties continued discussing the potential for mediating all claims raised in this litigation. The result of those discussions is an agreement by all parties to mediate before Judge Peter Lichtman (Ret.) of JAMS in Los Angeles. The parties have agreed that they will explore a class-wide resolution of all claims in good faith with all essential decision makers present.

While the parties had hoped to complete mediation quickly, Judge Lichtman's schedule is extremely limited. As a result, the parties are working to schedule mediation to occur on or before January 29, 2016. In the meantime, the parties will continue to negotiate informally, prepare and submit mediation briefs, provide limited informal discovery, and conduct telephone conferences with Judge Lichtman regarding mediation.

The parties jointly ask that the Court continue the stay presently in place pending the outcome of mediation with a status report due to be filed within one week of the completion of the mediation.

Dated: November 2, 2015        **JOHNSON & JOHNSON LLP**

                                    **By:** s/ Jordanna G. Thigpen

Neville L. Johnson (SBN 66329)
njohnson@jjllplaw.com
Douglas L. Johnson (SBN 209216)
djohnson@jjllplaw.com
Jordanna G. Thigpen
jthigpen@jjllplaw.com
JOHNSON & JOHNSON, LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095

William Anderson
(*Pro Hac Vice*)
wanderson@cuneolaw.com
Charles J. LaDuca
(*Pro Hac Vice*)
charlesl@cuneolaw.com

```
                    Michael Flannery (SBN 196266)
                    mflannery@cuneolaw.com
                    Taylor Asen
                    (Pro Hac Vice)
                    tasen@cuneolaw.com
                    CUNEO GILBERT & LADUCA, LLP
                    507 C Street, NE
                    Washington, DC 20002
                    Telephone: (202) 789-3960
                    Fax: (202) 789-1813

                    Brian W. Warwick
                    (Pro Hac Vice)
                    bwarwick@varnellandwarwick.com
                    Janet R. Varnell
                    (Pro Hac Vice)
                    jvarnell@varnellandwarwick.com
                    Steven T. Simmons
                    (Pro Hac Vice)
                    ssimmons@varnellandwarwick.com
                    P.O. Box 1870
                    Lady Lake, FL 32158
                    Telephone: (352) 753-8600
                    Facsimile: (352) 753-8606

                    Attorneys for Plaintiffs


              By:   s/ Dina M. Cox
                    Jonathan M. Jackson (SBN: 257554)
                    jonathan.jackson@lw.com
                    David J. Schindler (SBN: 130490)
                    david.schindler@lw.com
                    Peter L. Winik
                    (Pro Hac Vice)
                    peter.winik@lw.com
                    Sarah M. Gragert
                    (Pro Hac Vice)
                    sarah.gragert@lw.com
                    Kristen M. Tuey
                    kristen.tuey@lw.com
                    355 South Grand Avenue
                    Los Angeles, CA 90071
                    Tel: (213) 891-8556
                    Fax: (213) 891-8763

                    Dina M. Cox
                    (Pro Hac Vice)
                    dcox@lewiswagner.com
                    Janelle P. Kilies
                    (Pro Hac Vice)
                    jkilies@lewiswagner.com
                    Charles R. Whybrew
```

(*Pro Hac Vice*)
cwhybrew@lewiswagner.com
LEWIS WAGNER, LLP
dcox@lewiswagner.com
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
Tel:   (317) 237-0500
Fax:   (317) 630-2790

*Attorneys for Defendant Guthy-Renker, LLC*

**By:** s/ Michael B. Giaquinto
Barry R. Schrim (SBN 94533)
bschrim@hptylaw.com
Michael B. Giaquinto (SBN 276229)
mgiaquinto@hptylaw.com
HAWKINS PARNELL THACKSTON & YOUNG LLP
445 S. Figueroa, Suite 3200
Los Angeles, CA  90071-1651
Telephone:  (213)486-8000
Fax: (213)486-8080

*Attorneys for Defendant Wen by Chaz Dean, Inc.*

## ATTESTATION RE: SIGNATURES

I, Jordanna G. Thigpen, am the ECF User who is filing the Parties' Joint Report Regarding Agreement to Mediate.  I attest that all other signatories listed, and on whose behalf the filings are being submitted, concur in the content of such filings and have authorized the filing of such documents.

Dated: November 2, 2015          **JOHNSON & JOHNSON LLP**

**By:** s/ Jordanna G. Thigpen

Neville L. Johnson (SBN 66329)
njohnson@jjllplaw.com
Douglas L. Johnson (SBN 209216)
djohnson@jjllplaw.com
Jordanna G. Thigpen

1
2
3

jthigpen@jjllplaw.com
JOHNSON & JOHNSON, LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:  (310) 975-1095

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1