Barry R. Schirm (SBN 94553)
*bschirm@hptylaw.com*
Michael B. Giaquinto (SBN 276229)
*mgiaquinto@hptylaw.com*
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
445 South Figueroa Street, Suite 3200
Los Angeles, CA 90071
Telephone:  (213) 486-8000
Facsimile:   (213) 486-8080

Attorneys for Defendant,
WEN BY CHAZ DEAN, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY FRIEDMAN and JUDI MILLER, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GUTHY-RENKER, LLC and WEN by CHAZ DEAN, INC., et al.<br><br>Defendants. | Case No. 2:14-CV-06009-ODW-AGR<br><br>*Honorable Otis D. Wright II*<br><br>**Order to Conduct Limited "Confirmatory" Discovery**<br><br>Complaint:          July 31, 2014<br>Amended Complaint:  June 23, 2015<br>Trial Date:          None |

Plaintiffs Amy Friedman and Judi Miller on behalf of those similarly situated (Plaintiffs), Guthy-Renker LLC, and Wen by Chaz Dean Inc. (collectively Defendants) by their undersigned attorneys, pursuant to Local Rule 7-1, have agreed and consented to use of limited discovery solely for purposes of acquiring confirmatory data necessary for the motion for preliminary approval of class settlement from entities not parties to this litigation.

After full consideration of the joint stipulation, IT IS HEREBY ORDERED that the Plaintiffs and Defendants are allowed to conduct limited confirmatory discovery in order to support the Motion for Preliminary Approval of Class Settlement.

IT IS SO ORDERED.

Dated: June 1, 2016

                                                    _____
                                                    Otis D. Wright, II
                                                    United Stated District Judge

**[PROPOSED] ORDER**

10645047v.1