1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| AMY FRIEDMAN and JUDI MILLER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>GUTHY-RENKER, LLC,<br><br>        Defendant. | Case No.: 2:14-cv-06009-ODW-AGR<br><br>**ORDER CONTINUING <u>FILING DEADLINE</u> FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Judge: Hon. Otis D. Wright II<br>Magistrate: Hon. Alicia G. Rosenberg<br><br>Hearing on Preliminary Approval: August 1, 2016<br><br>Action Filed: July 31, 2014 |

**ORDER**

The parties have submitted a Joint Stipulation to Continue <u>Filing Deadline</u> for Motion for Preliminary Approval of Class Settlement in this matter and declare that they will require four (4) additional days to complete the settlement documents and Motion for Preliminary Approval of Class Settlement. The August 1, 2016 hearing date for the Motion will remain unchanged despite the modest extension. Therefore, good cause appearing, it is hereby ORDERED that the filing deadline for the Motion for Preliminary Approval of Class Settlement be continued by four (4) days as follows:

| **Deadline:** | **Current Date:** | **New Date:** |
| --- | --- | --- |
| Motion for Preliminary Approval of Class Settlement | June 24, 2016 | June 28, 2016 |

**IT IS SO ORDERED.**

Dated June 24, 2016     By:     /s/ Otis D. Wright

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE