1  Neville L. Johnson (SBN 66329)
   njohnson@jjllplaw.com
2  Douglas L. Johnson (SBN 209216)
   djohnson@jjllplaw.com
3  Jordanna G. Thigpen (SBN 232642)
   jthigpen@jjllplaw.com
4  **JOHNSON & JOHNSON, LLP**
   439 North Canon Drive, Suite 200
5  Beverly Hills, California 90210
   Telephone:  (310) 975-1080
6
   William Anderson, (*Pro Hac Vice*)
7  wanderson@cuneolaw.com
   Charles J. LaDuca, (*Pro Hac Vice*)
8  charles@cuneolaw.com
   Michael J. Flannery (SBN 196266)
9  mflannery@cuneolaw.com
   **CUNEO GILBERT & LADUCA, LLP**
10 507 C Street, NE
   Washington, DC 20002
11 Telephone:  (202) 789-3960
12 Brian W. Warwick, (*Pro Hac Vice*)
   bwarwick@varnellandwarwick.com
13 Janet R. Varnell, (*Pro Hac Vice*)
   jvarnell@varnellandwarwick.com
14 **VARNELL & WARWICK, P.A.**
   P.O. Box 1870
15 Lady Lake, FL  32158
   Telephone:  (352) 753-8600
16
   Attorneys for Plaintiffs and the Proposed Class
17

18             **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
19                   **WESTERN DIVISION**

20 | **AMY FRIEDMAN, JUDI** | **Case No. 2:14-cv-06009-ODW-AGR** |
   | **MILLER, KRYSTAL HENRY-** | |
21 | **MCARTHUR, and LISA** | **NOTICE OF UNOPPOSED MOTION** |
   | **ROGERS on behalf of themselves** | **AND UNOPPOSED MOTION FOR** |
22 | **and all others similarly situated,** | **PRELIMINARY APPROVAL OF** |
   | | **CLASS ACTION SETTLEMENT** |
23 |          **Plaintiffs,** | |
   | | Judge:  Hon. Otis D. Wright II |
24 |          **v.** | Motion Date:  August 1, 2016 |
   | | Time:  1:30 p.m. |
25 | **GUTHY-RENKER LLC and** | Location:  Courtroom 11 |
   | **WEN BY CHAZ DEAN, INC.,** | |
26 | | |
   |          **Defendants.** | |
27

28

**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, on August 1, 2016, at 1:30 p.m. in Courtroom 11 before the Honorable Otis D. Wright II, United States District Judge for the Central District of California, Western Division, 312 North Spring Street, Los Angeles, CA 90012, Plaintiffs Amy Friedman, Judi Miller, Krystal Henry-McArthur, and Lisa Rogers, by and through undersigned counsel will move, pursuant to Fed. R. Civ. P. 23(e), for entry of the contemporaneously filed Proposed Order Granting Preliminary Approval attached: (a) certifying a class for settlement purposes; (b) preliminarily approving the proposed settlement; (c) authorizing the form and method of class notice; (d) setting a date for a final fairness hearing to consider final approval of the settlement; and, (e) granting such other and additional relief as the Court may deem just and appropriate.

In support of this Motion, Plaintiffs submit the following documents, filed concurrently herewith: (1) Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement; (2) Joint Declaration of Interim Lead Counsel in Support of Preliminary Approval; (3) Settlement Agreement and Release of Claims; (4) Email Notice; (5) Mail Notice; (6) Long-Form Notice; (7) Publication Notice; (8) Tier 1 Claim Form; (9) Tier 2 Claim Form; (10) Tier 1 and Tier 2 Claim Form Instructions; and (11) Proposed Order Granting Preliminary Approval.

Pursuant to Local Civil Rule 7-3, Plaintiffs' counsel met and conferred with counsel for Guthy-Renker LLC, Dina Cox, and counsel for WEN by Chaz Dean, Inc., Barry Schirm, concerning the instant Motion, which relief requires the Court to weigh the various factors relating to approval of a class action settlement and can only be done on noticed motion. On June 28, 2016, both counsel for

1

Defendants confirmed that their clients do not oppose the relief sought by this motion based upon the Parties' Settlement Agreement. Defendants note that the memorandum of law filed contemporaneously herewith reflects *only* the views of Plaintiffs and, but for the Parties' Settlement Agreement, Defendants dispute Plaintiffs' allegations of liability, causation and damages, and they further contest class certification and reserve the right to contest certification should the settlement not be finally approved or should the Effective Date otherwise not take place. Defendants deny that they did anything wrong, and liability is disputed in this matter for the primary reason that WEN Hair Care products have not been proven to cause hair loss to consumers, nor has it been legally determined that advertising of the Products was false or misleading. The makers of WEN stand behind the quality, safety, and formulation of the Products, all of which meet or exceed all safety and quality standards set by the cosmetics industry.

DATED:      June 28, 2016          **JOHNSON & JOHNSON, LLP**

                              **By:**   s/ Jordanna G. Thigpen
                                        Neville L. Johnson (SBN 66329)
                                        njohnson@jjllplaw.com
                                        Douglas L. Johnson (SBN 209216)
                                        djohnson@jjllplaw.com
                                        Jordanna G. Thigpen (SBN 232642)
                                        jthigpen@jjllplaw.com
                                        439 North Canon Drive, Suite 200
                                        Beverly Hills, California 90210
                                        Telephone:  (310) 975-1080
                                        Facsimile:  (310) 975-1095

                              **CUNEO GILBERT & LADUCA, LLP**

                              **By:**   /s/ William H. Anderson
                                        William H. Anderson (*Pro Hac Vice*)
                                        wanderson@cuneolaw.com
                                        Charles J. LaDuca (*Pro Hac Vice*)
                                        charlesl@cuneolaw.com
                                        Michael Flannery (SBN 196266)
                                        mflannery@cuneolaw.com
                                        507 C Street, NE

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL

1   Washington, DC 20002
Telephone: (202) 789-3960
2   Fax: (202) 789-1813

3   **VARNELL & WARWICK, P.A.**

4   **By:**   /s/ Brian W. Warwick
Brian W. Warwick (*Pro Hac Vice*)
5   bwarwick@varnellandwarwick.com
Janet R. Varnell (*Pro Hac Vice*)
6   jvarnell@varnellandwarwick.com
Steven T. Simmons (*Pro Hac Vice*)
7   ssimmons@varnellandwarwick.com
P.O. Box 1870
8   Lady Lake, FL 32158
Telephone: (352) 753-8600
9   Facsimile: (352) 753-8606

10   *Counsel for Named Plaintiffs and the*
*Proposed Class*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL

## ATTESTATION RE: SIGNATURES

I, Jordanna G. Thigpen, am the ECF User who is filing Plaintiffs'

Notice of Unopposed Motion and Unopposed Motion for Preliminary

Approval.  I attest that all other signatories listed, and on whose behalf the

filings are being submitted, concur in the content of such filings and have

authorized the filing of such documents.

DATED: 6/28/16              **JOHNSON & JOHNSON LLP**

/s/ Jordanna G. Thigpen
Neville L. Johnson (Bar No. 66329)
njohnson@jjllplaw.com
Douglas L. Johnson (Bar No. 209216)
djohnson@jjllplaw.com
Jordanna G. Thigpen (Bar No. 232642)
jthigpen@jjllplaw.com
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: 310.975.1080
Facsimile: 310.975.1095