UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 14-06009-ODW | Date | September 14, 2016 |
|---|---|---|---|
| Title | *Amy Friedman v. Guthy-Renker, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**           **In Chambers**

The Court is yet to receive the parties' application to file under seal information regarding the confidential opt out threshold pursuant to Section 18A of the Settlement Agreement. The parties should file this application forthwith. To prevent unnecessary delay, the parties should ensure that the application complies with Local Rule 79-5.

The Court will issue a further order thereafter indicating whether or not the September 19 hearing will go forward.

                                                                              :   00

                                    Initials of Preparer    SE