# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY FRIEDMAN and JUDI MILLER, on behalf of themselves and all other similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GUTHY-RENKER, LLC and WEN by CHAZ DEAN, INC., et al.<br><br>　　　　　　　　　Defendants. | Case No. 2:14-CV-06009-ODW-AGR<br><br>*Honorable Otis D. Wright, II*<br><br>**PROTECTIVE ORDER OF CUSTOMER INFORMATION PRODUCED TO DAHL ADMINISTRATION LLC**<br><br>Complaint:　　　　July 31, 2014<br>Amended Complaint:　June 23, 2015<br>Trial Date:　　　　None |

With reference to the facts set forth in the Stipulation For Protective Order Of Customer Information Produced To Dahl Administration LLC, and good cause appearing therefor, the Court hereby orders that: (1) all "Customer Information" (defined as the names, and last-known physical and email addresses, for any person who purchased any WEN® Hair Care Products during the period from November 1, 2007 through September 19, 2016) produced by any third party retailer, including, but not limited to, QVC and Sephora, to Dahl Administration LLC for use in connection with providing notice of the Settlement to the Settlement Class is hereby deemed

HIGHLY CONFIDENTIAL; (2) all Customer Information shall be for use solely by Dahl Administration LLC; (3) all Customer Information shall only be used in connection with providing notice of the Settlement to the Settlement Class; (4) no party to this action nor attorney for any party to this action shall be entitled to view the Customer Information without a good cause finding and order by the Court; and (5) Dahl Administration LLC shall destroy and delete all Customer Information in its possession from its files and computer systems when Dahl Administration LLC it has completed its settlement administration responsibilities for this matter.

IT IS SO ORDERED.

Dated: November 9, 2016

Hon. Alicia G. Rosenberg
United States Magistrate Judge