# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY FRIEDMAN and JUDI MILLER, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GUTHY-RENKER, LLC and WEN by CHAZ DEAN, INC., et al.<br><br>Defendants. | Case No. 2:14-CV-06009-ODW-AGR<br><br>*Honorable Otis D. Wright, II*<br><br>**AMENDED PROTECTIVE ORDER FOR CONTACT INFORMATION PRODUCED TO DAHL ADMINISTRATION LLC**<br><br>Complaint:         July 31, 2014<br>Amended Complaint: June 23, 2015<br>Trial Date:        None |

With reference to the facts set forth in the Stipulation For Amended Protective Order relating to any Contact Information produced to Dahl Administration LLC in response to a Subpoena or otherwise, and good cause appearing therefor, the Court hereby orders that: (1) all "Contact Information" (defined as "names, physical addresses (including house numbers, streets, suits/apts., cities, states and zip codes, email addresses, or any other form of vital data that would allow a purchaser to receive either physical or electronic mail) produced by any third party retailer, including, but not limited to, QVC and Sephora, produced to Dahl Administration

LLC") is hereby deemed and shall be designated as HIGHLY CONFIDENTIAL; (2) all Contact Information shall be for use solely by Dahl Administration LLC; (3) all Contact Information shall only be used by Dahl Administration LLC in connection with providing notice of the Settlement preliminarily approved by this Court on October 28, 2016 to the Settlement Class certified in Order approving the Settlement; (4) Dahl Administration LLC shall not disclose or permit the disclosure of any Contact Information to any person or entity, including to any party named in this class action or to their attorneys; (5) no person or entity, including any party and attorney to this action, may view, inspect or use Contact Information in anyway without a good cause finding and order by the Court; and (6) Dahl Administration LLC shall destroy and delete all Contact Information in its custody, control or possession from its files and computer systems when Dahl Administration LLC has completed its settlement administration responsibilities for this matter.

Any person or entity, including any party to this action or its attorney, that seeks a good cause finding and order of the Court to inspect or obtain Contact Information or who serves a Subpoena upon Dahl Administration LLC for the inspection and production of Contact Information, shall upon filing the motion or serving the Subpoena notify, in writing, the party that produced the Contact Information to Dahl Administration LLC ("Designating Party") so the Designating Party may take appropriate action to preserve the confidential nature of the Contact Information. If Dahl Administration LLC is served with a Subpoena seeking any Contact Information, Dahl Administration LLC shall upon being served with the Subpoena notify, in writing, the Designating Party. The purpose of requiring notice to the Designating Party is to afford the Designating Party an opportunity to protect its Contact Information as confidential in the court from which the subpoena was issued or order sought. All Contact Information shall be treated and designated as "Highly Confidential" until a court determines otherwise.

1  IT IS SO ORDERED.

3  Dated: November 22, 2016, 2016

                                                      Hon. Alicia G. Rosenberg
                                                      United States Magistrate Judge