Neville L. Johnson (SBN 66329)
njohnson@jjllplaw.com
Douglas L. Johnson (SBN 209216)
djohnson@jjllplaw.com
Jordanna G. Thigpen (SBN 232642)
jthigpen@jjllplaw.com
**JOHNSON & JOHNSON, LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080

William H. Anderson (*Pro Hac Vice*)
wanderson@cuneolaw.com
Charles J. LaDuca, (*Pro Hac Vice*)
charles@cuneolaw.com
Michael J. Flannery (SBN 196266)
mflannery@cuneolaw.com
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960

Brian W. Warwick (*Pro Hac Vice*)
bwarwick@varnellandwarwick.com
Janet R. Varnell, (*Pro Hac Vice*)
jvarnell@varnellandwarwick.com
**VARNELL & WARWICK, P.A.**
P.O. Box 1870
Lady Lake, FL 32158
Telephone: (352) 753-8600

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **AMY FRIEDMAN, JUDI MILLER, KRYSTAL HENRY-MCARTHUR, and LISA ROGERS on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GUTHY-RENKER LLC and WEN BY CHAZ DEAN, INC.,**<br><br>**Defendants.** | Case No. 2:14-cv-06009-ODW-AGR<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Otis D. Wright II<br>Motion Date: June 5, 2017<br>Time: 1:30 PM<br>Location: Courtroom 5D |

# NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE THAT**, on June 5, 2017, at 1:30 p.m. in Courtroom 5D before the Honorable Otis D. Wright II, United States District Judge for the Central District of California, Western Division, 350 West First Street, Los Angeles, CA 90012, Plaintiffs Amy Friedman, Judi Miller, Krystal Henry-McArthur, and Lisa Rogers ("Plaintiffs"), by and through undersigned counsel, pursuant to the Court's Order Granting Stipulation to File a Third Amended Complaint and Granting Motion for Class Certification and Preliminary Approval of Class Action Settlement (Dkt. 178), entered on October 28, 2016, and pursuant to Fed. R. Civ. P. 23(e), will and hereby do move the Court for an order granting final approval of the proposed settlement with Defendants Guthy-Renker LLC and WEN by Chaz Dean, LLC ("Defendants").

This Unopposed Motion is made and based on this notice and Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement, the Joint Omnibus Declaration of Class Counsel, the Declarations of Amy Friedman, Judi Miller, Jeffrey D. Dahl, and the Joint Declaration of Special Master Hon. Nan R. Nolan (Ret.) and Jeffrey D. Dahl, and all of the other papers, pleadings, and files herein, and any additional evidence and argument of counsel that may be presented at the hearing on this motion.

The Court's previous Order of October 28, 2016 (Dkt. 178) set this hearing for June 5, 2017. Nevertheless, pursuant to Local Civil Rule 7-3, Plaintiffs' counsel met and conferred with counsel for Guthy-Renker LLC, Dina Cox, and counsel for WEN by Chaz Dean, Inc., Barry Schirm, concerning the instant Motion, which relief requires the Court to weigh the various factors relating to approval of a class action settlement and can only be done on noticed motion. On April 20, 2017, both counsel for Defendants confirmed that their clients do not oppose the relief sought by this

motion based upon the Parties' Settlement Agreement. Defendants note that the memorandum of law filed contemporaneously herewith reflects *only* the views of Plaintiffs and, but for the Parties' Settlement Agreement, Defendants dispute Plaintiffs' allegations of liability, causation and damages, and they further contest class certification and reserve the right to contest certification should the proposed settlement not be finally approved or should the Effective Date otherwise not take place. Defendants deny that they did anything wrong, and liability is disputed in this matter for the primary reason that WEN Hair Care products have not been proven to cause hair loss to consumers, nor has it been legally determined that advertising of the Products was false or misleading.

DATED: May 1, 2017 **JOHNSON & JOHNSON, LLP**

By: s/ Jordanna G. Thigpen
Neville L. Johnson (SBN 66329)
njohnson@jjllplaw.com
Douglas L. Johnson (SBN 209216)
djohnson@jjllplaw.com
Jordanna G. Thigpen (SBN 232642)
jthigpen@jjllplaw.com
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095

**CUNEO GILBERT & LADUCA, LLP**

By: /s/ William H. Anderson
William H. Anderson (*Pro Hac Vice*)
wanderson@cuneolaw.com
Charles J. LaDuca (*Pro Hac Vice*)
charlesl@cuneolaw.com
Michael Flannery (SBN 196266)
mflannery@cuneolaw.com
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Fax: (202) 789-1813

**VARNELL & WARWICK, P.A.**

By: /s/ Brian W. Warwick
Brian W. Warwick (*Pro Hac Vice*)
bwarwick@varnellandwarwick.com
Janet R. Varnell (*Pro Hac Vice*)
jvarnell@varnellandwarwick.com
Steven T. Simmons (*Pro Hac Vice*)
ssimmons@varnellandwarwick.com
P.O. Box 1870
Lady Lake, FL  32158
Telephone: (352) 753-8600
Facsimile: (352) 753-8606

*Counsel for Named Plaintiffs and the Proposed Class*

## ATTESTATION RE: SIGNATURES

I, Jordanna G. Thigpen, am the ECF User who is filing Plaintiffs' Notice of Unopposed Motion and Unopposed Motion for Final Approval of Class Action Settlement. I attest that all other signatories listed, and on whose behalf the filings are being submitted, concur in the content of such filings and have authorized the filing of such documents.

DATED: May 1, 2017                **JOHNSON & JOHNSON LLP**

/s/ Jordanna G. Thigpen
Neville L. Johnson (SBN 66329)
njohnson@jjllplaw.com
Douglas L. Johnson (SBN 209216)
djohnson@jjllplaw.com
Jordanna G. Thigpen (SBN 232642)
jthigpen@jjllplaw.com
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: 310.975.1080
Facsimile: 310.975.1095