Neville L. Johnson (SBN 66329)
njohnson@jjllplaw.com
Douglas L. Johnson (SBN 209216)
djohnson@jjllplaw.com
Jordanna G. Thigpen (SBN 232642)
jthigpen@jjllplaw.com
**JOHNSON & JOHNSON, LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080

William H. Anderson (*Pro Hac Vice*)
wanderson@cuneolaw.com
Charles J. LaDuca, (*Pro Hac Vice*)
charles@cuneolaw.com
Michael J. Flannery (SBN 196266)
mflannery@cuneolaw.com
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960

Brian W. Warwick (*Pro Hac Vice*)
bwarwick@varnellandwarwick.com
Janet R. Varnell, (*Pro Hac Vice*)
jvarnell@varnellandwarwick.com
**VARNELL & WARWICK, P.A.**
P.O. Box 1870
Lady Lake, FL 32158
Telephone: (352) 753-8600

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **AMY FRIEDMAN, JUDI MILLER, KRYSTAL HENRY-MCARTHUR, and LISA ROGERS on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**GUTHY-RENKER LLC and WEN BY CHAZ DEAN, INC.,**<br><br>**Defendants.** | Case No. 2:14-cv-06009-ODW-AGR<br><br>**DECLARATION OF BRIAN W. WARWICK IN SUPPORT OF UNOPPOSED MOTION OF CLASS COUNSEL FOR ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVES' FEE AWARD IN CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Otis D. Wright II<br>Motion Date: June 5, 2017<br>Time: 1:30 PM<br>Location: Courtroom 11 |

# DECLARATION OF BRIAN WARWICK

I, BRIAN WARWICK, declare as follows:

1. I am a partner with Varnell & Warwick, P.A., in Lady Lake, Florida. Along with my co-counsel, I have been appointed Interim Lead Class Counsel as one of the law firms representing Amy Friedman, Judi Miller, Krystal Henry-McArthur, and Lisa Rogers ("Plaintiffs"), individually and on behalf of all others similarly situated (the "Class") in the class action proceeding against Guthy-Renker, LLC and WEN by Chaz Dean, Inc. ("Defendants"). I make this declaration in support of Class Counsel's Motion for Attorneys' Fees and Costs and Class Representatives' Fee Award as part of the Class Action Settlement. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

### A. Work Performed By Varnell & Warwick In This Matter

2. My firm has been involved in all aspects of this litigation.

3. **Origination:** Plaintiff Amy Friedman is a nurse practitioner who grew concerned over hair loss and scalp irritation after using WEN hair care products. Ms. Friedman contacted my partner, Janet Varnell regarding a potential lawsuit for the harm suffered by Ms. Friedman. Over the course of several weeks, our firm investigated the possible causes of hair loss, links to ingredients known to exist in WEN and similar claims with other hair care products. Our firm contacted experts in the fields of dermatology and chemistry. I also investigated other complaints on the internet and complaint boards. Eventually, I reached out to William Anderson of the Cuneo, Gilbert & LaDuca firm to assist with this case based upon their experience with product liability class actions. Mr. Anderson and I were the primary drafters of the initial Complaint in this matter.

4. **Motion Practice:** As an initial matter, Guthy-Renker filed a substantial motion to compel arbitration and to dismiss all claims advanced. Initially, Plaintiffs

amended their Complaint to address some of the issues raised. Thereafter, the parties fully briefed the issues of arbitration and dismissal. Plaintiffs retained all of their claims except for those customers who purchased over the internet after a recent change to the Guthy-Renker Website which required arbitration. The rights and claims of all class members who purchased over the phone or prior to the latest change to the website were protected.

5. **Discovery:** We performed extensive work on discovery. Initially, we examined and uncovered the relationship between WEN by Chaz Dean and Guthy-Renker and the interplay between the companies. Simultaneously, we retained information regarding the specific formulations for the products at issue and retained experts to opine regarding chemical ingredients of the product and the likelihood that the product was causing hair loss and scalp irritation. Meanwhile, we fought hard with Guthy-Renker to gain access to their complaint database. Depositions of employees in the complaint department and employees responsible for formulation of the product were deposed. We drafted, reviewed, and negotiated complex discovery issues, some of which resulted in additional motion practice with two substantial motions to compel. We prepared for several depositions and traveled to California for various hearings.

6. While we were conducting discovery from Defendants, we were also working closely with our own experts to prepare theories and expert reports that could identify the causal link between WEN and hair loss/scalp irritation. I personally investigated and reviewed hundreds of scientific papers regarding hair loss caused by various ingredients found in WEN and interviewed several potential expert witnesses.

7. During this time, the media also became interested in the case and we spent dozens of hours working with clients and media to get the word out about the serious issues that we believed were caused by WEN.

8. **Settlement:** Between January 29, 2016-March 31, 2016, I participated in four separate all-day mediation sessions with counsel for Defendants Guthy-Renker and Wen by Chaz Dean, Inc. ("Defendants"), on behalf of Plaintiffs Amy Friedman, Judi Miller, Krystal Henry McArthur, and Lisa Rogers. To make matters more complicated, we also had to negotiate with nearly one dozen additional counsel for various insurance companies associated with Defendants. Both before and during the mediation sessions, we participated in drafting briefs for Judge Lichtman, who served as the mediator, as well as negotiating and discussing finer points of the settlement with co-counsel. During this same time, we also uncovered potential relationships between Defendants and other retail outlets for WEN such as QVC, Sephora and Amazon.

9. Settlement of this matter was extremely complex. Each side fought very hard for their respective positions. It repeatedly appeared as if the Parties would not reach agreement. Finally, the parties adjourned, having made significant progress on the settlement, but were still very far apart. Ultimately, we accepted Judge Lichtman's mediator's proposal on April 29, 2016. Thereafter, the parties held a two-day in-person meeting in Los Angeles on May 9-10, 2016 to finalize the settlement, respond to a variety of confirmatory discovery, and work to reduce the Settlement Agreement to writing.

10. At all times our negotiations with Defendants were non-collusive and conducted at arms-length, were difficult and sometimes broke down.

11. Our Firm participated heavily in the drafting of the settlement papers. Specifically, my firm was tasked with developing the notice plans and Claim Forms that were ultimately used in this matter. We also assisted in preparing the briefing regarding preliminary approval of the Settlement and I attended the Preliminary Approval Hearing with this Court.

12. After notice was issued, the lawyers and staff at our firm responded to

approximately 400 telephone calls from class members. These requests for information and questions and discussed the objections we received with defense counsel and the Court. My firm took the depositions of three objectors to the Settlement.

**B. Varnell & Warwick's Experience, Qualifications and Views on the Verdict**

13. I am admitted the following state and federal courts:
- State of Florida (2002);
- State of Alabama (1999-Alabama Bar license currently on inactive status);
- United States District Court, Southern District of Florida (2011);
- United States District Court, Middle District of Florida (2005);
- United States District Court, Northern District of Florida (2011);
- Supreme Court of the United States (2004);
- United States District Court of Colorado (2007);
- Tenth Circuit Court of Appeals (2010);
- Eleventh Circuit Court of Appeals (2008);
- Federal Circuit Court of Appeals (2010).

14. Varnell & Warwick primarily litigates consumer class actions, product liability class actions, and other forms of complex consumer litigation throughout the United States.

15. During the pendency of this litigation, Varnell & Warwick employed attorneys Janet R. Varnell and Steven T. Simmons, Jr. as attorneys practicing in the area of consumer class actions. Ms. Varnell has acted as Co-Chairman for the National Association of Consumer Advocates and was named Consumer Advocate

of the Year in 2009 by that organization.

16. My firm has been appointed by state and federal courts as lead class counsel in numerous consumer class actions. In support of Preliminary Approval, I submitted my firm resume detailing its class action experience. I have never been found to be inadequate or unqualified to serve as class counsel.

17. The chart attached hereto as **Exhibit A** is a summary of time spent by the attorneys of my firm on this litigation, and the lodestar calculation based on my firm's current billing rates. The chart includes the name of each attorney who has worked on the matter, the current hourly billing rate and the hours expended by each attorney. The chart was prepared from contemporaneous time records.

18. The chart attached hereto as **Exhibit B** is a detailed summary of the expenses spent by my firm on this litigation.

19. The Total number of hours spent on this litigation against Defendants by my firm from the inception of the case through the present is 2,112.30 hours. The total lodestar for attorney and paralegal time based on the firm's current rates is $1,371,030.00.

20. The hourly rates in the chart, **Exhibit A**, are the same rates which my firm utilizes in all of its non-contingent matters and/or which have been accepted and approved in other complex contingent class action litigation.

21. In addition, my firm spent $27,787.81 in expenses related to expert and court costs.

22. My history and biography supporting this rate is more fully set out in the Firm Biography which also reflects the experience and accomplishments of the firm and the attorneys working on this case. The Firm Biography was previously submitted in support of preliminary approval of the Settlement

23. We set our firm's hourly rates consistent with the rates charged by firms with similar firms conducting similar litigation. In other words, we set our

firm's rates consistent with those firms whom we believe provide comparable quality legal services. With several depositions, extensive written discovery requests, thousands of pages of documents to review, witnesses and experts to interview, extensive pre-trial motion work, settlement, class member communications, and extensive post-settlement motion work, this case has occupied and enormous amount of my firm's professional time since its inception. Over the past two years, I personally have spent more time on this matter than any other case in the firm. We performed all of this work on contingency and were prevented from accepting other work as a result, but it was important to get resolution for these claims which affect so many millions of individuals.

24.  I have personally reviewed my own time records as well as those of the members of my firm. This time is current as of May 1, 2017 and time incurred after such date will be claimed by supplemental filing. I have determined from this review that all the time set forth was actually and reasonably spent in securing the successful result in this hard-fought case. I have exercised billing judgment by not recording the time spent on all administrative or semi-clerical tasks, or on tasks that were duplicative or not sufficiently productive, and often on phone calls, internal discussions within the office, or shorter emails.

25.  My firm nearly always takes on matters on a contingency fee basis because my clients could not otherwise afford to litigate their claims. All contingency fee matters involve significant risk and as a result we are very selective about which cases we decide to take on. My firm also paid all costs associated with the litigation.

26.  Contingent fee cases present the very real possibility of working for hundreds or, as in the present case, thousands, of hours and never being paid for that time. Therefore, it is my belief that a modest enhancement of my hourly rate

as set forth in the Memorandum of law filed contemporaneously herewith is warranted considering the risk involved.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Lady Lake Florida.

**Dated**: May 1, 2017  **By**: _____
Brian W. Warwick
Varnell & Warwick, PA

7

DECLARATION OF BRIAN W. WARWICK IN SUPPORT OF FINAL APPROVAL

# DECLARATION OF BRIAN WARWICK

# EXHIBIT A

# Declaration of Brian Warwick Exhibit A

# Varnell & Warwick, PA

# Friedman v. Guthy-Renker – WEN Haircare

|  | Pre Suit Investigation and Complaint/First Amended Complaint | Dispositive Motion Practice | Discovery and Disc. Motion Practice | Settlement, Mediation and Confirmatory Discovery | Final Approval, Objector Discovery & Claims Admin. | Totals |
|---|---|---|---|---|---|---|
| Date Range | 6/14/14 - 11/3/14 | 11/4/14- 2/27/15 | 2/28/15- 9/24/15 | 9/25/15 | 10/29/16- 4/31/17 |  |
| B. Warwick | 40.1 | 144.0 | 296.1 | 582.1 | 325.4 | 1,387.7 |
| J. Varnell | 37.6 | 55.2 | 63.1 | 284.4 | 42 | 482.3 |
| S. Simmons | 9.5 | 14 | 102.5 | 0 | 0 | 126.0 |
| K. Stroly | 0 | 4.5 | 6.6 | 6.0 | 99.2 | 116.3 |
| **Totals** | **87.2** | **217.7** | **468.3** | **872.5** | **466.6** | **2,112.30** |

| B. Warwick | 1,387.7 | @ | $700 | $971,390 |
|---|---|---|---|---|
| J. Varnell | 482.3 | @ | $700 | $337,610 |
| S. Simmons | 126.0 | @ | $400 | $50,400 |
| K. Stroly | 116.3 | @ | $100 | $11,630 |
| **Totals** | **2,112.30** |  |  | **$1,371,030** |

# DECLARATION OF BRIAN WARWICK

# EXHIBIT B

# VARNELL & WARWICK, P.A.
## Transactions by Account
### As of April 18, 2017

| Date | Name | Memo | Paid Amount | Balance |
|---|---|---|---:|---:|
| **130 · CASE COSTS** | | | | 0.00 |
| **130.189 · Friedman v Wen Hair Products** | | | | 0.00 |
| 07/31/2014 | USPS | | 35.68 | 35.68 |
| 08/20/2014 | Cuneo Gilbert & La... | Reimbursem... | 650.00 | 685.68 |
| 01/13/2015 | KANGAROO EXPR... | fuel | 50.00 | 735.68 |
| 04/24/2015 | PACER | RESEARCH | 32.40 | 768.08 |
| 05/26/2015 | US LEGAL SUPPO... | CERTIFIED ... | 471.60 | 1,239.68 |
| 07/21/2015 | LA MARMOTTE | DINNER WIT... | 127.09 | 1,366.77 |
| 08/10/2015 | NEW SHERIDAN C... | FOOD | 25.00 | 1,391.77 |
| 08/20/2015 | HOLIDAY INN | Room for Ste... | 209.79 | 1,601.56 |
| 08/20/2015 | DELTA AIR LINES | Steve's flight ... | 693.20 | 2,294.76 |
| 08/21/2015 | HOLIDAY INN | conference r... | 160.50 | 2,455.26 |
| 08/31/2015 | GBMC Dr. Beth Aro... | Medical recor... | 108.76 | 2,564.02 |
| 09/18/2015 | Brian T. Murray | Reimbursem... | 325.00 | 2,889.02 |
| 09/18/2015 | DELTA AIR LINES | misc. Tax(s)/... | 99.00 | 2,988.02 |
| 09/18/2015 | DELTA AIR LINES | Misc. tax(s) / ... | 99.00 | 3,087.02 |
| 09/18/2015 | DELTA AIR LINES | Orl-LAX, LAX... | 772.20 | 3,859.22 |
| 09/21/2015 | WATER GRILL | MEAL RECEI... | 76.09 | 3,935.31 |
| 09/21/2015 | SUNPASS | parking 9/21/... | 40.00 | 3,975.31 |
| 09/21/2015 | BURGER KING | FOOD | 7.77 | 3,983.08 |
| 09/21/2015 | NON-WELLS FAR... | non WF ATM... | 2.50 | 3,985.58 |
| 09/21/2015 | DNC TRAVEL | -FOOD/BEV... | 18.51 | 4,004.09 |
| 09/21/2015 | NON-WF ATM | TRAVEL EX... | 102.75 | 4,106.84 |
| 09/22/2015 | UNITED TAXI | BRIAN/CA | 70.86 | 4,177.70 |
| 09/22/2015 | MILLENNIUM BILT... | LODGING 9/... | 321.35 | 4,499.05 |
| 09/22/2015 | LA Yellow Cab | transportatio... | 10.05 | 4,509.10 |
| 09/22/2015 | UBER | travel to airpo... | 20.05 | 4,529.15 |
| 09/23/2015 | DELTA AIR LINES | EXCESS BA... | 25.00 | 4,554.15 |
| 09/23/2015 | DELTA AIR LINES | EXCESS BA... | 25.00 | 4,579.15 |
| 09/23/2015 | Chick-Fil-A | MEAL | 5.31 | 4,584.46 |
| 09/28/2015 | DELTA AIR LINES | Delta ticket p... | 372.20 | 4,956.66 |
| 09/28/2015 | UBER | transport to h... | 98.16 | 5,054.82 |
| 10/02/2015 | ORANGE LEGAL | Original trans... | 2,500.70 | 7,555.52 |
| 10/20/2015 | Mongrill | Culver City, CA | 11.26 | 7,566.78 |
| 10/20/2015 | BEVERLY CAB | CAB | 31.25 | 7,598.03 |
| 10/20/2015 | CANTINA LAREDO | LOS ANGEL... | 13.93 | 7,611.96 |
| 10/20/2015 | LA CHECKER CAB | CAB | 13.45 | 7,625.41 |
| 10/20/2015 | UBER | unreimburse... | 98.16 | 7,723.57 |
| 10/21/2015 | Smart and Fina | Friedman v GR | 23.20 | 7,746.77 |
| 10/21/2015 | UBER | | 16.52 | 7,763.29 |
| 10/30/2015 | Debra Read | fee for copy o... | 105.35 | 7,868.64 |
| 11/02/2015 | Steven T. Simmons... | PARKING AT... | 22.00 | 7,890.64 |
| 11/02/2015 | Steven T. Simmons... | CAB TO AN... | 65.00 | 7,955.64 |
| 11/05/2015 | ORANGE LEGAL | Affidavit of S... | 135.00 | 8,090.64 |
| 11/05/2015 | ORANGE LEGAL | Return of Ser... | 80.00 | 8,170.64 |
| 11/09/2015 | FOOD AND DRUG ... | DEPT OF HE... | 97.75 | 8,268.39 |
| 12/09/2015 | FOOD AND DRUG ... | Consumer co... | 15.00 | 8,283.39 |
| 01/13/2016 | UNITED AIRLINES | Trip to LA-Fri... | 1,105.40 | 9,388.79 |
| 01/28/2016 | UBER | | 147.86 | 9,536.65 |

3:26 PM
04/18/17
Cash Basis

## VARNELL & WARWICK, P.A.
## Transactions by Account
### As of April 18, 2017

| Date | Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|
| 01/28/2016 | Omni Los angeles | Omni LA 1/2... | 804.26 | 10,340.91 |
| 01/28/2016 | TC Bookstore | traveling to LA | 10.75 | 10,351.66 |
| 01/28/2016 | AIRFLY MONTROSE | traveling to LA | 30.45 | 10,382.11 |
| 01/29/2016 | UBER | Uber cancell... | 5.00 | 10,387.11 |
| 01/29/2016 | UBER | | 14.01 | 10,401.12 |
| 01/29/2016 | Mastro's | dinner /WEN | 301.11 | 10,702.23 |
| 01/29/2016 | UNITED AIRLINES | traveling for ... | 15.98 | 10,718.21 |
| 01/29/2016 | Perch | dinner | 148.00 | 10,866.21 |
| 01/29/2016 | Noe Restaurant | dinner | 53.60 | 10,919.81 |
| 01/29/2016 | TEN POUND | DINNER | 218.57 | 11,138.38 |
| 01/30/2016 | UBER | | 20.95 | 11,159.33 |
| 01/30/2016 | Omni Los angeles | Hotel / charge | 76.80 | 11,236.13 |
| 01/30/2016 | ENGINE CO. NO 28 | DINNER | 63.84 | 11,299.97 |
| 01/30/2016 | RPS MONTROSE | Wen | 20.00 | 11,319.97 |
| 02/25/2016 | Morsels | Morsels at O... | 3.27 | 11,323.24 |
| 02/27/2016 | USPS | purchased C... | 2.19 | 11,325.43 |
| 02/28/2016 | FED EX | postage-WEN | 21.48 | 11,346.91 |
| 02/28/2016 | Priceline Hotels | LA | 1,437.92 | 12,784.83 |
| 02/28/2016 | SHELL OIL | fuel | 44.65 | 12,829.48 |
| 02/28/2016 | UBER | Uber while in ... | 63.48 | 12,892.96 |
| 02/28/2016 | UBER | Uber while in ... | 31.50 | 12,924.46 |
| 02/28/2016 | UBER | Uber while in ... | 33.18 | 12,957.64 |
| 02/28/2016 | WATER GRILL | dinner | 98.84 | 13,056.48 |
| 03/01/2016 | Uptown Drugs and ... | LA | 19.57 | 13,076.05 |
| 03/01/2016 | Bunker Hill Restaur... | dinner | 51.03 | 13,127.08 |
| 03/14/2016 | PACER | 4th Quarter 2... | 25.30 | 13,152.38 |
| 03/23/2016 | FOOD AND DRUG ... | WEN | 11.50 | 13,163.88 |
| 03/28/2016 | Elizabeth Howlett | Research by ... | 5,950.00 | 19,113.88 |
| 03/28/2016 | AMERICAN AIRLIN... | flight to LA fo... | 461.50 | 19,575.38 |
| 03/29/2016 | UNITED AIRLINES | charge on flig... | 5.60 | 19,580.98 |
| 03/29/2016 | UNITED AIRLINES | flight to WEN... | 75.00 | 19,655.98 |
| 03/30/2016 | UBER | Friedman trip... | 122.66 | 19,778.64 |
| 03/30/2016 | UBER | evening trip | 19.92 | 19,798.56 |
| 03/30/2016 | UBER | evening trip ... | 19.96 | 19,818.52 |
| 03/30/2016 | Prairie Newsand Gif... | USB port and... | 54.28 | 19,872.80 |
| 03/30/2016 | Ship It Copy It | Wen | 78.09 | 19,950.89 |
| 04/01/2016 | Siam Restaurant | Preparing for ... | 99.21 | 20,050.10 |
| 04/01/2016 | UBER | transportation | 86.21 | 20,136.31 |
| 04/01/2016 | RPS MONTROSE | traveling /WEN | 16.00 | 20,152.31 |
| 04/01/2016 | HUDSON NEWS | NEWS-CAR... | 11.71 | 20,164.02 |
| 04/06/2016 | MILLENNIUM BILT... | Hotel | 857.10 | 21,021.12 |
| 04/06/2016 | UNITED AIRLINES | bag/fee | 25.00 | 21,046.12 |
| 04/06/2016 | POUR LA FRANCE | meal/traveling | 21.49 | 21,067.61 |
| 04/07/2016 | UNITED AIRLINES | inflight purch... | 7.99 | 21,075.60 |
| 05/04/2016 | AMERICAN AIRLIN... | FLIGHT TO LA | 469.20 | 21,544.80 |
| 05/04/2016 | AMERICAN AIRLIN... | EXCESS BA... | 144.35 | 21,689.15 |
| 05/09/2016 | UBER | taxi for Bri in ... | 63.56 | 21,752.71 |
| 05/09/2016 | Beer Garden | dinner/Brian/LA | 108.03 | 21,860.74 |
| 05/09/2016 | RUBY TUESDAY | FOOD | 17.13 | 21,877.87 |

3:26 PM
04/18/17
Cash Basis

## VARNELL & WARWICK, P.A.
## Transactions by Account
### As of April 18, 2017

| Date | Name | Memo | Paid Amount | Balance |
|---|---|---|---:|---:|
| 05/09/2016 | BP OIL | FUEL | 30.50 | 21,908.37 |
| 05/10/2016 | UBER | LA -taxi for B... | 28.10 | 21,936.47 |
| 05/10/2016 | ORLANDO INT'L G... | PARKING AT... | 34.00 | 21,970.47 |
| 05/10/2016 | LA AIRPORT | FOOD-AIRP... | 21.31 | 21,991.78 |
| 05/10/2016 | THE DOWNTOWN ... | LODGING/F... | 6.54 | 21,998.32 |
| 05/10/2016 | THE DOWNTOWN ... | LODGING IN... | 241.81 | 22,240.13 |
| 05/11/2016 | EXXON | FUEL | 66.29 | 22,306.42 |
| 05/11/2016 | DELTA AIR LINES | MISC FEE | 39.00 | 22,345.42 |
| 05/11/2016 | DELTA AIR LINES | FLIGHT FRO... | 203.10 | 22,548.52 |
| 05/31/2016 | PACER | 1st Quarter | 10.50 | 22,559.02 |
| 08/01/2016 | UBER | Brian used U... | 67.71 | 22,626.73 |
| 08/01/2016 | UBER | Parking while... | 71.24 | 22,697.97 |
| 08/01/2016 | SUNPASS | | 0.00 | 22,697.97 |
| 08/01/2016 | H BOOK SELLER | WHILE TRA... | 10.89 | 22,708.86 |
| 08/01/2016 | HNDISCOVER | NEW STAND... | 42.59 | 22,751.45 |
| 08/02/2016 | SUNPASS | SUNPASS W... | 6.50 | 22,757.95 |
| 10/05/2016 | AMERICAN AIRLIN... | flight to PSP... | 615.20 | 23,373.15 |
| 10/05/2016 | AMERICAN AIRLIN... | flight to PSP... | 615.20 | 23,988.35 |
| 10/05/2016 | AMERICAN AIRLIN... | attorneys Sa... | 719.70 | 24,708.05 |
| 10/05/2016 | AMERICAN AIRLIN... | for Overstock... | 719.70 | 25,427.75 |
| 10/31/2016 | ORANGE LEGAL | research | 100.00 | 25,527.75 |
| 11/09/2016 | PACER | | 1.90 | 25,529.65 |
| 11/14/2016 | ORANGE LEGAL | Process Serv... | 100.00 | 25,629.65 |
| 02/01/2017 | Tavares PO | Postage-Clas... | 6.65 | 25,636.30 |
| 02/09/2017 | PACER | 10-27-16 res... | 0.20 | 25,636.50 |
| 02/16/2017 | USPS | postage to m... | 23.75 | 25,660.25 |
| 03/10/2017 | Rock & Brews | meal/WEN-B... | 83.54 | 25,743.79 |
| 03/13/2017 | Pamela L. Behrend | Subpoena-D... | 58.25 | 25,802.04 |
| 03/24/2017 | USPS | postage to m... | 1.82 | 25,803.86 |
| 03/27/2017 | DELTA AIR LINES | Plane ticket f... | 687.35 | 26,491.21 |
| 03/28/2017 | AMERICAN AIRLIN... | Brian's flight f... | 553.72 | 27,044.93 |
| 03/31/2017 | UBER | Brian-Object... | 27.88 | 27,072.81 |
| 03/31/2017 | UBER | depo in Pittsb... | 30.68 | 27,103.49 |
| 03/31/2017 | SUNPASS | Parking recei... | 17.00 | 27,120.49 |
| 04/04/2017 | UBER | Brian/taxi fro... | 26.53 | 27,147.02 |
| 04/05/2017 | WESTIN HOTELS | breakfast/whi... | 13.17 | 27,160.19 |
| 04/06/2017 | TGI Friday's | Brian/food w... | 17.33 | 27,177.52 |
| 04/06/2017 | Great Wraps | lunch/Brian st... | 10.29 | 27,187.81 |
| 04/18/2017 | Thomson Reuters | Library Rese... | 600.00 | 27,787.81 |

Total 130.189 · Friedman v Wen Hair Products  27,787.81  27,787.81

Total 130 · CASE COSTS  27,787.81  27,787.81

TOTAL  27,787.81  27,787.81