UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 14-06009-ODW (AGR) | Date | July 5, 2017 |
|---|---|---|---|
| Title | *Friedman v. Guthy-Renker* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **In Chambers**

    The Court **VACATES** the further hearing on the parties' pending motions and objections concerning the class settlement in this matter, and takes the matter under submission. (ECF Nos. 216, 218.) An order will issue.

                                                                                                                                                                :   00

                                    Initials of Preparer     SE