BERRY, SILBERBERG & STOKES LLC
ROBERT P. BERRY, State Bar No. 220271
16150 Main Circle Drive
Suite 120
St. Louis, MO 63017
Telephone: (314) 480-5882
Facsimile: (314) 480-5884
rberry@berrysilberberg.com

BERRY, SILBERBERG & STOKES LLC
CAROL M. SILBERBERG, State Bar No. 217658
155 North Lake Avenue
Suite 800
Pasadena, CA 91101
Telephone: (213) 986-2688
Facsimile: (213) 986-2677
csilberberg@berrysilberberg.com

ENGELMEYER & PEZZANI, LLC
Timothy A. Engelmeyer (*pro hac vice* application forthcoming)
13321 North Outer Forty Road
Suite 3000
Chesterfield, MO 63017
Telephone: (636) 352-9933
Facsimile: (314) 863-7793
tim@epfirm.com

Attorneys for Tanya Whitehead, Claimant

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| AMY FRIEDMAN, JUDI MILLER KRYSTAL HENRY-MCARTHUR, LISA ROGERS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GUTHY-RENKER LLC and WEN BY CHAZ DEAN, INC.,<br><br>Defendants. | Case No. 2:14-cv-06009-ODW-AGR<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR APPROVAL OF LATE FILED CLAIM OF TANYA WHITEHEAD**<br><br>Judge: Hon. Otis D. Wright II<br>Time:  1:30 p.m.<br>Date:   August 21, 2017<br>Courtroom: 5D – First Street Courthouse |

NOTICE OF WITHDRAWAL OF MOTION FOR APPROVAL FOR LATE FILED CLAIM

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that claimant Tanya Whitehead hereby withdraws her Motion for Approval of Late Filed Claim filed on or about July 17, 2017.

On July 17, 2017, Claimant Tanya Whitehead, a putative class member in the above-styled action, filed a Motion for Approval of Late Filed Claim. Ms. Whitehead did not receive notice of the settlement and only learned of this lawsuit on or about June 20, 2017 after she had filed a separate lawsuit in Missouri and Defendants filed a motion to stay in that case. Since learning of this lawsuit, Ms. Whitehead attempted to, but was unable to file her claim online (due to the expiration of this Court's deadline). She then filed the pending Motion for Approval of Late Filed Claim ("Motion").

Although Ms. Whitehead's counsel communicated with class counsel before filing the Motion, Ms. Whitehead's counsel has had further communications with class counsel since that time. As a result of those communications, class counsel, Celia M. Pauli of Lewis Wagner LLP, has represented in writing that the settlement administrator will accept Ms. Whitehead's claim provided that she dismiss her individual Missouri action and withdraw this Motion. Based upon the representations of class counsel that the settlement administrator will accept Ms. Whitehead's claim, the need for the Motion for Approval of Late Filed Claim will be mooted.

Accordingly, Ms. Whitehead respectfully withdraws her Motion for Approval of Late Filed Claim without prejudice to her right to re-file such a motion should her claim not be accepted by the settlement administrator as represented by counsel.

1

NOTICE OF WITHDRAWAL OF MOTION FOR APPROVAL FOR LATE FILED CLAIM

DATED: July 31, 2017

ROBERT P. BERRY
BERRY, SILBERBERG & STOKES LLC

By: /s/ Robert P. Berry
Robert P. Berry
16150 Main Circle Drive
Suite 120
St. Louis, MO 63017
Telephone: (314) 480-5882
Facsimile: (314) 480-5884
rberry@berrysilberberg.com

Carol M. Silberberg
155 North Lake Avenue, Suite 800
Pasadena, CA 91101
Telephone: (213) 986-2688
Facsimile: (213) 986-2677
csilberberg@berrysilberberg.com

ENGELMEYER & PEZZANI, LLC
Timothy A. Engelmeyer (pro hac vice application forthcoming)
13321 North Outer Forty Road
Suite 3000
Chesterfield, MO 63017
Telephone: (636) 352-9933
Facsimile: (314) 863-7793
tim@epfirm.com

Attorneys for Claimant, Tanya Whitehead