UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 14-06009-ODW (AGR) | Date | July 31, 2017 |
|---|---|---|---|
| Title | *Friedman v. Guthy-Renker* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not present | | Not present | |

**Proceedings:**               In Chambers [243, 245]

Based on counsel's withdrawal of the motion, the Court **DENIES AS MOOT** Tanya Whitehead's Motion for Approval of Late Filed Claim. (ECF Nos. 243, 245.)

                                                                   :    00
                                        Initials of Preparer   SE