UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 14-06009-ODW (AGR) | Date | August 3, 2017 |
|---|---|---|---|
| Title | *Friedman v. Guthy-Renker* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not present | | Not present | |

**Proceedings:**            **In Chambers [233]**

After reviewing the papers filed in connection with Barbara Scott's Motion to Opt Out of Settlement, the Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15. The Court therefore **VACATES** the hearing on this Motion. (ECF No. 233.) The Motion will be deemed under submission upon the completion of briefing. The Court will issue an order in due course.

                                                                                              :    00

                                           Initials of Preparer    SE