UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION



| | |
|---|---|
| AMY FRIEDMAN, JUDI MILLER, KRYSTAL HENRYMCARTHUR, and LISA ROGERS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GUTHY-RENKER LLC and WEN BY CHAZ DEAN, INC.,<br><br>Defendants. | Case No.2:14-cv-06009-ODW |

### NOTICE OF APPEAL

PAMELA A.SWEENEY, PRO SE
2672 Mutchler Road
Madison, WI 53711
Phone: 424-488-4383
Email: pam.sweeney1@gmail.com

Notice is hereby given that Class Member/Objector Pamela Sweeney, Pro Se ("Member/Objector") appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Motion for Final Approval of Class Settlement and Granting of Motion for Attorneys' Fees and Costs (Docket # 250) and Order Granting Final Approval and Entering Final Judgment (Docket # 251) both entered on August 21, 2017. Member/Objector also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Member/Objector or the objection filed by this Member/Objector, including any entered or signed subsequent to this notice of appeal.

Dated: September 5, 2017

Respectfully Submitted,

*Pamela Sweeney* PRO SE
Pamela Sweeney, Pro Se
2672 Mutchler road
Madison, WI 53711
Phone: (424)-488-4383
Fax: (561) 395-9390
Email:pam.sweeney1@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, September 5, 2017, I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via First Class U.S. Mail to the Clerk of Courts of the United States District Court for the Central District of California, Western Division at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all ECF registered attorneys in this case.

I further certify that I caused to be mailed via First Class U.S. Mail and by electronic mail, this Notice of Appeal, to the parties listed for notice in the Legal Notice of Settlement in this action.

Pamela A. Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Phone: 424-488-4383.
Email: pam.sweeney1@gmail.com

SWEENEY
2672 MUTCHLER ROAD
MADISON, WI 53711

MILWAUKEE WI 530
05 SEP 2017 PM 1

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 11 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

CLERK OF COURTS
USDC CENTRAL CALIFORNIA
350 FIRST STREET
LOS ANGELES, CA 90012