

Pamela L. Behrend, *Pro Se*
1800 Willow Oak Drive
Wexford, PA 15090-2506
Phone: (724) 933-0034
Behrends5@hotmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| AMY FRIEDMAN, JUDI MILLER, KRYSTAL HENRY MACARTHUR ODW And LIS ROGERS on behalf of themselves and all others similarly situated, | Case No. 2:14-cv-06009-ODW-AGR |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEAL** |
| GUTHY-RENKER LLC and WEN BY CHAZ DEAN, INC., | |
| Defendants. | |
| vs. | |
| Pamela L. Behrend, | |
| Objector/Appellant | |

Notice is hereby given that Class Member/Objector Pamela Behrend, *Pro Se*, appeals to the United States Court of Appeals for the Ninth Circuit the Order Granting Motion for Final Approval of Class Settlement and [216] and Granting Motion for Attorneys' Fees and Costs [218] (Document 250) and the Order Granting Final Approval

010753

and Entering Final Judgment (Document 251) both orders entered on August 21, 2017.

Dated September 18, 2017.

Respectfully Submitted,

*Pamela L. Behrend*

Pamela L. Behrend, Pro Se
1800 Willow Oak Drive
Wexford, PA 15090-2506
Phone: (724) 933-0034
Behrends5@hotmail.com

2


