1  Neville L. Johnson (SBN 66329)
   njohnson@jjllplaw.com
2  Douglas L. Johnson (SBN 209216)
   djohnson@jjllplaw.com
3  Jordanna G. Thigpen (SBN 232642)
   jthigpen@jjllplaw.com
4  **JOHNSON & JOHNSON, LLP**
   439 North Canon Drive, Suite 200
5  Beverly Hills, California 90210
   Telephone: (310) 975-1080
6
   William H. Anderson, (*Pro Hac Vice*)
7  wanderson@cuneolaw.com
   Charles J. LaDuca, (*Pro Hac Vice*)
8  charles@cuneolaw.com
   Michael J. Flannery (SBN 196266)
9  mflannery@cuneolaw.com
   **CUNEO GILBERT & LADUCA, LLP**
10 4725 Wisconsin Avenue, NW, Suite 200
   Washington, DC 20016
11 Telephone: (202) 789-3960

12 Brian W. Warwick, (*Pro Hac Vice*)
   bwarwick@varnellandwarwick.com
13 Janet R. Varnell, (*Pro Hac Vice*)
   jvarnell@varnellandwarwick.com
14 **VARNELL & WARWICK, P.A.**
   P.O. Box 1870
15 Lady Lake, FL 32158
   Telephone: (352) 753-8600
16
   *Attorneys for Plaintiffs and the Proposed Class*
17

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **AMY FRIEDMAN, JUDI MILLER, KRYSTAL HENRY-MCARTHUR, and LISA ROGERS on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**GUTHY-RENKER LLC and WEN BY CHAZ DEAN, INC.,**<br><br>**Defendants.** | Case No. 2:14-cv-06009-ODW-AGR<br><br>**DECLARATION OF WILLIAM H. ANDERSON IN SUPPORT OF MOTION FOR APPEAL BOND**<br><br>Judge: Hon. Otis D. Wright II<br>Motion Date: November 20, 2017<br>Time: 1:30 PM<br>Location: Courtroom 5D |

# DECLARATION OF WILLIAM H. ANDERSON

I, WILLIAM H. ANDERSON, declare as follows:

1. I am a partner with Cuneo Gilbert & LaDuca, LLP ("CGL"), a law firm headquartered in Washington, D.C. Along with my co-counsel, I have been appointed Interim Lead Class Counsel as one of the law firms representing Amy Friedman, Judi Miller, Krystal Henry-McArthur, and Lisa Rogers ("Plaintiffs"), individually and on behalf of all others similarly situated (the "Class") in the class action proceeding against Guthy-Renker, LLC and WEN by Chaz Dean, Inc. ("Defendants"). I make this declaration in support of Plaintiffs' Motion for Appeal Bond. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Objection of Pamela Sweeney.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Objection of Ellen Bentz.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Objection of Pamela Behrend.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the transcript of the deposition of Pamela Sweeney, as well as the exhibits to the same.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of the deposition of Ellen Bentz, as well as the exhibits to the same.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the transcript of the deposition of Pamela Behrend, as well as the exhibits to the same.

8. In conjunction with preparation for litigation of the appeals in this case, Plaintiffs' counsel contacted Gibson Moore Appellate Services, LLC and requested an estimate for work on this case. Plaintiffs' counsel received a quote of

$1,942.50, which included copying, binding and related costs associated with preparation of the appellate briefing and record.

9. Prior to filing this Motion, I consulted with Counsel for Guthy-Renker, Janelle P. Kilies and Mrs. Kilies indicated that Guthy-Renker joins Plaintiffs in their request that each Appellant be required to post the requested appeal bond. Mrs. Kilies also indicated that she believes that Defendant, Guthy-Renker will accrue appellate costs consistent with those anticipated by Plaintiffs.

10. Prior to filing this Motion, I consulted with Counsel for WEN by Chaz Dean, Barry Schirm, and Mr. Schirm indicated that WEN by Chaz Dean joins Plaintiffs in their request that each Appellant be required to post the requested appeal bond. Mr. Schirm also indicated that he believes that Defendant, WEN will accrue appellate costs consistent with those anticipated by Plaintiffs.

11. Despite her *pro se* status Plaintiffs' counsel have never communicated directly with Appellant Ellen Bentz, except at her deposition. All communications with Ms. Bentz have occurred through her purported counsel, Bryce Lenox, of Giles & Lenox LLC, 1018 Delta Avenue, Suite 202, Cincinnati, Ohio 45208.

12. Despite her *pro se* status Plaintiffs' counsel have never communicated directly with Appellant Pamela Behrend, except at her deposition. All communications with Mrs. Behrend have occurred through her husband's law firm, and in the last two weeks through her appellate counsel, N. Albert Bacharach, Jr. Mrs. Behrend was represented at her deposition by Kevin M. Miller of Behrend & Ernsberger, PC, 355 Fifth Avenue, 12th Floor, Pittsburgh, PA 15222. Mr. Miller is also listed as the point of contact on Mrs. Behrend's Tier 2 claim form.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Boulder, Colorado.

**Dated**: October 20, 2017_____        **By:**   /s/ William H. Anderson
                                                        William H. Anderson