FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 29 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMY FRIEDMAN; et al., <br><br>　　　　Plaintiffs-Appellees, <br><br>PAMELA L. BEHREND, <br><br>　　　　Objector-Appellant, <br><br>v. <br><br>GUTHY-RENKER LLC and WEN BY CHAZ DEAN, INC., <br><br>　　　　Defendants-Appellees. | No. 17-56456 <br><br>D.C. No. 2:14-cv-06009-ODW-AGR <br>Central District of California, Los Angeles <br><br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 13), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). Except as otherwise agreed by the parties, each side shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane G. Ashe
Circuit Mediator

rga/mediation