# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Otis D. Wright, II

From: S. English                              , Deputy Clerk   Date Received: April 9, 2018

Case No.: CV 14-6009-ODW(AGR)     Case Title: Amy Friedman v. Guthy-Renker LLC

Document Entitled: Letter

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☑ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | Please contact the attorney that originated the law suit. The Court does not control monies paid out re class action lawsuits. |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                                            U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

April 10, 2018                         /s/ Otis D. Wright
Date                                            U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)                           NOTICE OF DOCUMENT DISCREPANCIES

FRIEDMAN V GUTHY-RENKER SETTLEMENT FUND
C/O DAHL ADMINISTRATION
PO BOX 3614
MINNEAPOLIS, MN 55403-0614

Page 1 of 1


24955348

020360  R3K6T1A
CECILIA Y GARCIA
1455 SHERIDAN AVE APT 1G
BRONX NY 10457-8850

Date: March 30, 2018
Claim No: 24955348
Check #: 28252

Re: Friedman, et al. v. Guthy-Renker et al., Case No.: 2:14-cv-06009-ODW

Dear Class Member:

As a result of submitting a Tier 2 Claim Form in the WEN® Hair Care Products Class Action Settlement, enclosed please find your Tier 2 settlement payment. The Court-appointed Special Master evaluated each Tier 2 Claim Form, including any supporting documentation, and made the final determination of the payment amount based on the guidelines referenced in the Settlement Agreement. The determination of your award is final and non-appealable.

Please note that the enclosed check must be cashed or deposited within 120 days of the date of this letter. No payments will be reissued after 120 days.

The Claims Administrator cannot provide any tax advice related to your settlement payment. We suggest that you contact a tax advisor regarding the possible tax consequences related to your settlement payment.

Please note the Claims Administrator cannot answer questions regarding the Special Master's determination of your specific settlement payment. However, if you have any questions about this letter, please contact the Claims Administrator by email at info@WENClassSettlement.com, phone at 1-888-247-5266, or send mail to the address listed above.

Sincerely,

Office of the Claims Administrator

---

PLEASE DETACH BEFORE DEPOSITING CHECK

SHADED AREA MUST GRADUALLY CHANGE FROM BLUE AT TOP TO GREEN AT BOTTOM

FRIEDMAN V GUTHY-RENKER SETTLEMENT FUND
C/O DAHL ADMINISTRATION
PO BOX 3614
MINNEAPOLIS, MN 55403-0614

17-1/910

Date: 03/30/2018
Check #: 28252

Pay Exactly  **Seven Hundred Three and 00/100 -US Dollars**

Amount
$*****703.00

TO THE ORDER OF   CECILIA Y GARCIA

VOID AFTER 120 DAYS

Authorized Signer

WELLS FARGO BANK, N.A.

⑆00000 28252⑆  ⑈091000019⑈ 14492740 16⑉

honorable Judge,

There is no money that can offset the damages received by this product called Wen How much does some ones appearance cost, and their self-esteem that has been suddenly removed.
How much money is worth being bald by the negligence of a person who did not have the consent of the other people who could suffer damages in their beautiful hair.
Sir and honorable judge I demand that before a product is sold online the plaintiff had to use it first on themselves and I noticed that my hair was falling when I used the Wen and I had to stop using it in. this product even came out in the news and it was stated that there were other cases that had complain about the same issue as I am right now, I suddenly notice that I was losing 150 pieces of hair a day, which is normal. But this year 2017 the situation got worse I was losing too much hair, it got to the point that I went to the dermatologist and right now I am under a treatment where I am giving a shot in my head, this a monthly treatment where I have to go every month to the doctor to give me this shot. This has be a long process and I still do not know how long it will take and how much it will cost me the visits to the doctors and the and the copayment and also the money that I spend on. The doctor told me that if the shots do not work I will be treated with pills, this treatment has taken a toll in my health my skull itches, my head is irritated and i went to the doctor because it started to itch and to lose hair I am going through an emotional break down and very sad because I think I'm to become bald. I do not agree that the payment is reduced because there are many people that always put it so as not to give people harmful to the money they deserve. For the damages occurred in his person there sending my hair proves let Guthy-Ranker know Chaz Dean and with the photo I send and all the products I buy I can make a separate claim and promotion on your product and my hair together if not I receive the money that I deserve for lost prejudice to my personality and appearance.

Att. Cecilia Garcia.